# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ORLANDO CAMPOS GUZMAN, | ) | |
| | ) | Case No. 16-cv-11202 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Honorable Joan H. Lefkow, |
| | ) | Judge Presiding |
| BISTRO WASABI, L.L.C., an Illinois | ) | |
| limited liability company, d/b/a BISTRO | ) | |
| WASABI, and MARIA KIM, | ) | |
| an individual, | ) | Magistrate Judge Young B. Kim |
| | ) | |
| Defendants. | ) | |

## ORDER OF JUDGMENT

A. Judgment is hereby entered in favor of Plaintiff, Orlando Campos Guzman, and against Defendants, Bistro Wasabi, L.L.C., d/b/a Bistro Wasabi, and Maria Kim, in the amount of $21,500.00;

B. This judgment is a final judgment for which this Court expressly determines that there is no just reason for delay under Rule 54(b) of the Federal Rules of Civil Procedures;

C. This judgment is for wages due Plaintiff, Orlando Campos Guzman, a former employee of Defendants, pursuant to 735 ILCS §5/12-1004, <u>Judgment for Wages</u>; and,

D. Plaintiff is granted leave to file a petition for an award of reasonable attorneys' fees and costs.

Date…………..……………., 2017

ENTER_____