## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
## Eastern Division

Orlando Campos Guzman

                                        Plaintiff,

v.                                                                Case No.: 1:16−cv−11202
                                                                                Honorable Joan H. Lefkow

Bistro Wasabi, L.L.C., et al.

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 19, 2017:

      MINUTE entry before the Honorable Joan H. Lefkow: Motion hearing held on 4/19/2017. Plaintiff's motion to enforce settlement [10] is denied without prejudice to refiling if disputed settlement check does not clear on or before 4/26/2017.Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.